From:                                                                                09/20/2012 23:32    #343 P.002/003

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 10-4147 (CCC) |
| SANG-HYUN PARK, et al. | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Seung-Ho Noh (by Frank P. Arleo, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days to allow the parties to conduct plea negotiations so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and six continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25th day of September 2012,

ORDERED that this action be, and it hereby is, continued for a period of 90 days from August 16, 2012 through and including November 14, 2012; and it is further

ORDERED that the period from August 16, 2012 through and including November 14, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
Frank P. Arleo, Esq.
Counsel for defendant Seung-Ho Noh